# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| AHMAD SHAIKH<br><br>Plaintiff / Petitioner<br><br>v.<br>MICHAEL MUKASEY, in his official capacity Attorney General of the United States; MICHAEL CHERTOFF, in his official capacity as Secretary of the Department of Homeland Security; RUTH DOROCHOFF, District Director of the Bureau of Citizenship and Immigration Services, Department of Homeland Security; ROBERT S. MUELLER, III, in his official capacity as Director of the Federal Bureau of Investigation,<br><br>Defendants / Respondents | CASE NO.:<br><br>HON.:<br><br><br>FILED: AUG 01, 2008<br>08CV4376<br>JUDGE HOLDERMAN<br>MAGISTRATE JUDGE KEYS<br>RCC |

**Complaint for Naturalization and Other Relief**

The plaintiff is a lawful permanent resident of the United States who applied to be naturalized as a United States citizen. His citizenship application has been pending since 2004 and he has satisfied all requirements for citizenship. He seeks immediate naturalization and other relief.

1

**Jurisdiction and Venue**

1.      This court has subject matter jurisdiction pursuant to at least the following statutory provisions: 28 U.S.C. § 1331 (because questions of federal law are presented); and 8 U.S.C. § 1447(b) (granting district court jurisdiction to review naturalization applications); and 28 U.S.C. §1361 (mandamus jurisdiction).

2.      Pursuant to 29 U.S.C. § 1391, venue is proper in this district on either of the following grounds: (1) the plaintiff resides in this judicial district, the defendants are officers of the United States or agencies of the United States, and no real property is involved (28 U.S.C. § 1391(e)(3)); and (2) acts or omissions giving rise to the action occurred in this judicial district, as these applications for naturalization were processed in part by the Chicago office of the United States Citizenship and Immigration Services (28 U.S.C. § 1391(e)(2)).

3.      An actual controversy has arisen and now exists between the Plaintiff and Defendants.

**The Parties**

**Plaintiff:**

4.      Plaintiff AHMAD SHAIKH is a legal permanent resident of the United States who resides in Chicago, Illinois, which is located within this judicial district.

**Defendants:**

5.    Defendant MICHAEL MUKASEY is being sued in his official capacity as the Attorney General of the United States.  He is the sole person authorized by Congress to naturalize persons as citizens of the United States.  8 U.S.C. § 142(a).

6.    Defendant MICHAEL CHERTOFF is being sued in his official capacity as the Secretary of the Department of Homeland Security (DHS).  As of February 15, 2005, Mr. Chertoff has been responsible for the administration of the United States Citizenship and Immigration Service, which provides certain immigration related services including naturalization.  8 U.S.C. § 1103.

7.    Defendant RUTH DOROCHOFF is the District Director of USCIS for the Chicago District.  As such, she is charged with the duty of administration and enforcement of all the functions, powers, and duties of USCIS in the Chicago District.

8.    Defendant ROBERT S. MUELLER, III, is the Director of the Federal Bureau of Investigation.  As such he is charged with conducting background checks of applicants for naturalization when requested to do so by the USCIS.

**Facts Common to All Counts**

9.    Mr. Shaikh was born in Jordan.  He is a person of good moral character.

10.   Mr. Shaikh has been a lawful permanent resident of the United States since at least 1997. His alien registration number is A 045 816 000.

11    Mr. Shaikh applied for citizenship on or about November 26, 2004.

3

12.    On August 1, 2005, Mr. Shaikh attended the citizenship interview.  He was

informed shortly thereafter that he "passed the tests of English and U.S. history and

government."  See Exhibit A.

13.    Additionally, on February 21, 2008, Mr. Shaikh attended another interview for

citizenship.  At this interview he was also informed that he "passed the tests of English

and U.S. history and government."  He was asked to provide additional documentation.

See Exhibit B.

14.    Mr. Shaikh submitted the additional documents requested of him at the February

21, 2008 interview.

15.    At no time has Mr. Shaikh been informed of any deficiencies with his application

for naturalization.

16.    Mr. Shaikh has inquired many times regarding the status of the aforementioned

application.

17.    At least as of 2005, Mr. Shaikh satisfied all of the requirements for naturalization

set forth in 8 U.S.C. § 1427.

18.    Since Mr. Shaikh's citizenship examination in August of 2005, nearly 3 years

have passed.

19.    The unreasonable delay in naturalizing Mr. Shaikh has caused him damage,

including at least his disenfranchisement and deprivation of other rights that flow from

citizenship.

## Count I: Naturalization Order Pursuant to 8 U.S.C. § 1447(b)

20.     Mr. Shaikh reasserts and realleges paragraphs 1 to 19 as if set forth fully here.

21.     Pursuant to 8 U.S.C. § 1447(b), Mr. Shaikh seeks a determination by this Court that he meets the requirements for naturalization and is to be naturalized as a U.S. citizen without further delay.

## Prayer for Relief

Wherefore, Plaintiff AHMAD SHAIKH seeks the following relief:

A.     An order setting an immediate date for naturalization of Mr. Shaikh;

B.     The actual naturalization of Mr. Shaikh by this Court;

C.     An award of damages in an amount to be determined;

D.     An award of costs, as provided by 28 U.S.C.S. § 2412(a)(1);

E.     An award of reasonable attorneys fees, as provided by 28 U.S.C.S. § 2412(d)(1); and

F.     Such other relief as the Court deems just.

Filed: August 1, 2008

s/Kevin Vodak

Kevin Vodak
Council on American-Islamic
Relations, Chicago Chapter
(CAIR-Chicago)
28 East Jackson Boulevard
Suite 1410
Chicago, Illinois 60604
Ph:     312.212.1520
Fax:    312.212.1530

Department of Homeland Security
U.S. Citizenship and Immigration Services

# N-652, Naturalization Interview Results

A#: _45 816 000_

On _8/1/05_, you were interviewed by USCIS officer _Marcucci_

☑ You passed the tests of English and U.S. history and government.

☐ You passed the tests of U.S. history and government and the English language requirement was waived.

☐ USCIS has accepted your request for a Disability Exception. You are exempted from the requirement to demonstrate English language ability and/or a knowledge of U.S. history and government.

☐ You will be given another opportunity to be tested on your ability to _____ speak/_____ read/_____ _understand_ _____ write _____ English.

☐ You will be given another opportunity to be tested on your knowledge of U.S. history and government.

☐ Please follow the intructions on Form N-14.

☐ USCIS will send you a written decision about your application.

☐ You did not pass the second and final test of your _____ English ability/_____ knowledge of U.S. history and government. You will not be rescheduled for another interview for this Form N-400. USCIS will send you a written decision about your application.

A) _____ **Congratulations! Your application has been recommended for approval.** At this time it appears that you have established your eligibility for naturlization. If final approval is granted, you will be notified when and where to report for the Oath Ceremony.

B) ___/___ **A decision cannot yet be made about your application.**

**It is very important that you:**

☑ Notify USCIS if you change your address

☑ Come to any scheduled interview.

☑ Submit all requested documents.

☑ Send any questions about this application in writing to the officer named above. Include your full name, Alien Registration Number (A#,) and a copy of this paper.

☑ Go to any Oath Ceremony that you are scheduled to attend.

☑ Notify USCIS as soon as possible in writing if you cannot come to any scheduled interview or Oath Ceremony. Include a copy of this paper and a copy of the scheduling notice.

NOTE: Please be advised that under section 336 of the Immigration and Nationality Act, you have the right to request a hearing before an immigration officer if your application is denied, or before the U.S. district court if USCIS had not made a determination on your application within 120 days of the date of your examination.

Plaintiff's Exhibit A

Form N-652 (Rev 01-14/05)N

p. 1

Jul 29 08 02:52p

08CV4376

JUDGE HOLDERMAN

MAGISTRATE JUDGE KEYS

RCC

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

## N-652, Naturalization Interview Results

A#: _45 8?? 000_

On ___2/21/08___ , you were interviewed by USCIS officer ___Ubaldo___

[X] You passed the tests of English and U.S. history and government.

[ ] You passed the tests of U.S. history and government and the English language requirement was waived.

[ ] USCIS has accepted your request for a Disability Exception. You are exempted from the requirement to demonstrate English language ability and/or a knowledge of U.S. history and government.

[ ] You will be given another opportunity to be tested on your ability to _____ speak/ _____ read/ _____ write English.

[ ] You will be given another opportunity to be tested on your knowledge of U.S. history and government.

[ ] Please follow the instructions on Form N-14.

[ ] USCIS will send you a written decision about your application.

[ ] You did not pass the second and final test of your _____ English ability/ _____ knowledge of U.S. history and government. You will not be rescheduled for another interview for this Form N-400. USCIS will send you a written decision about your application.

A) _____ **Congratulations! Your application has been recommended for approval.** At this time, it appears that you have established your eligibility for naturalization. If final approval is granted, you will be notified when and where to report for the Oath Ceremony.

B) ____/____ **A decision cannot yet be made about your application.**

It is very important that you:

[☑] Notify USCIS if you change your address. *Need To Get New Rep sheet*

[☑] Come to any scheduled interview.

[☑] Submit all requested documents.

[☑] Send any questions about this application in writing to the officer named above. Include your full name, Alien Registration Number (A#), and a copy of this paper.

[☑] Go to any Oath Ceremony that you are scheduled to attend.

[☑] Notify USCIS as soon as possible in writing if you cannot come to any scheduled interview or Oath Ceremony. Include a copy of this paper and a copy of the scheduling notice.

**NOTE:** Please be advised that under section 336 of the Immigration and Nationality Act, you have the right to request a hearing before an immigration officer if your application is denied, or before the U.S. district court if USCIS has not made a determination on your application within 120 days of the date of your examination.

Plaintiff's Exhibit B

Form N-652 (Rev. 01/14/05)N