## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

AHMAD SHAIKH

v.

ATTORNEY GENERAL MICHAEL MUKASEY et al.

Case Number:

FILED: AUG 01, 2008

08CV4376

JUDGE HOLDERMAN

MAGISTRATE JUDGE KEYS

RCC

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Ahmad Shaikh

| |
|---|
| NAME (Type or print)<br>Kevin Vodak |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Kevin Vodak |
| FIRM<br>CAIR-Chicago |
| STREET ADDRESS<br>28 E. Jackson Blvd., Suite 1410 |
| CITY/STATE/ZIP<br>Chicago, IL 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6270773 | TELEPHONE NUMBER<br>312-212-1520 |
|---|---|

| | | | | |
|---|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | | NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | | NO ☐ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | | NO ✓ | |

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES ✓    NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐